UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANTONIO WATKINS,

Plaintiff,

v.

LEE FELSTEAD, and
UNITED STATES FEDERAL
BUREAU OF PRISONS,

Defendants.

CIVIL NO. 01-733 (MJD/JMM)

ORDER

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John M. Mason dated June 6, 2001. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Plaintiff's claims against Defendant United States Federal Bureau of Prisons are dismissed pursuant to 28 U.S.C. § 1915A(b); and

2. Plaintiff's claims against Defendant Lee Felstead will be allowed to proceed at this time, without prejudice to any defenses that Defendant Felstead may later seek to raise.

Dated: 7-27-01

MICHAEL J. DAVIS
United States District Court Judge

FILED JUL 27 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK