UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANTONIO WATKINS, CIVIL NO. 01-733 (MJD/JMM)

Plaintiff,

v. ORDER

LEE FELSTEAD,

Defendant.

On November 13, 2001, Defendant filed a Motion to Dismiss [Docket No. 13] in the above matter.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. On or before January 4, 2002, Plaintiff shall serve and file a Response to the Motion to Dismiss.

2. On or before January 11, 2002, Defendant may serve and file a Reply.

3. On January 11, 2002, the Court will take the Motion under advisement. No party shall file any motions pending further Order from this Court.

Dated: December 6, 2001

JOHN M. MASON
United States Magistrate Judge

DEC 06 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK