UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANTONIO WATKINS, CIVIL NO. 01-733 (MJD/JMM)

Plaintiff,

v. ORDER

LEE FELSTEAD,

Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John M. Mason dated February 19, 2002. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Defendant's Motion to Dismiss or for Summary Judgment (Docket No. 14) is **GRANTED**; and

2. This action is **DISMISSED WITH PREJUDICE**.

Dated: 3-14-02

MICHAEL J. DAVIS
United States District Judge

FILED MAR 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAR 15 2002
DEPUTY CLERK