RECEIVED
BY MAIL
OCT 29 2004
CLERK, US DIST. COURT
ST. PAUL, MN

Judge Michael Davis,

01CV00733 MJD/JMM

My Name is Antiono Watkins.

I Am having some Trouble down here At Sandstone prison. I WAS sentence to do A 120 month prison Sentence, I will have the hold 120 months did, This JAN 14, 2005. Now my unit Manager has file That I be Public LAW to A Half Way House, to do 6 more months. The Judge Only gave me 10 yrs. to do, How can A prison give me 6 months After I discharge, These people are doing what They want to us Inmate. I have A wife and A place to live. So how can I be public LAW. I file A civil suit with you 4 years Ago, civil Docket For Case # 0:01-cv-00733-MJD-JMM. Now This prison Is only Trying to get back At me because of me using my Rights. There's NO case of Any one being Public LAW That got A home And Job waiting. I Ask That you don't let them do This to me.

SCANNED
OCT 29 2004
U.S. DISTRICT COURT ST. PAUL

(2)

If They wanted me to be public law to A Half Way House, They should have sent me to one when I was 6 months coming to my discharge, when I wanted to go to A Half Way House They said my prison record here At Sandstone was to bad, I ask Them last year, when I Lost All my good Time, If I would be made to discharge. They said 'Yes' Now 78 days to be Free And They say They have the power To make me do more prison Time Than The Judge Sentence ME, I really hope you have A say in This. I'm not going to A Half Way House, They made me stay here to Discharge. P.S. HERE is my Mom Phone Number She will TELL you I have A place to live, I'm Not homeless. Ms. Thaddy Woods 319 364-9377. Please call.

P.S.

Here is my Parole officer Number As well. Mr Michael O. Ebinger, chief 319-286-2370.

---

When did prisons start having more power than judges [illegible] How much time they can give us inmates. I did the hole 10 years I should be free now, not sentence by a prison officer.

---

I ask that you stop this. I'm going home Not to a Half way House, or just give me life in prison. No disrespect But I'm going Home or not at all.

Antiono Watkins
07?19-029 unit D
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN. 55072

ST PAUL MN 551
3
28 OCT 2004




U.S. District Court
District of Minnesota
Office of the [illegible]
Room 700 Federal Building
316 North Robert Street
St. Paul MN 55101

55101/1460

RECEIVED
BY MAIL
OCT 29 2004
CLERK, US DIST. COURT
ST. PAUL, MN