Wed Nov 10 12:01:31 2004

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 400 277805
Cashier sheri

Tender Type CHECK

Check Number: 2221 19719824

Transaction Type AR

| DO Code | Div No | Acct |
| --- | --- | --- |
| 4641 | 4 | 0869PL |

Amount $ 17.26

ANTONIO WATKINS 0:01-CV-733/PAID BY DEPT OF JUSTICE

FINAL PAYMENT OF PRISONER FILING FEE

SCANNED
NOV 15 2004
U.S. DISTRICT COURT ST. PAUL